IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION



UNITED STATES OF AMERICA

v.

MONICA K. WHITE

Case No. 2:14mj166
Court Date: June 17, 2014

CRIMINAL INFORMATION

(Misdemeanor)-Violation No. 4180559

THE UNITED STATES ATTORNEY CHARGES:

That on or about April 14, 2014, at Naval Support Activity Hampton Roads, Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, MONICA K. WHITE, did drive a motor vehicle on a highway at a speed of twenty (20) miles per hour or more in excess of the posted speed limit.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Title 46.2, Code of Virginia, Section 862).

Respectfully submitted,

Dana J. Boente
United States Attorney

By: _____
Jason M. Meyer
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6391
Fax: (757) 441-3205
Jason.Meyer@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

_____
Jason M. Meyer
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6391
Fax: (757) 441-3205
Jason.Meyer@usdoj.gov

_____4/22/14_____
Date