**MISDEMEANOR MINUTES:**

| | | | |
|---|---|---|---|
| Time Set: | 9:00 a.m. | Date: | June 17, 2014 |
| Time Started: | 9:27 am | Presiding Judge: | Lawrence R. Leonard |
| Time Ended: | 9:33 am | Courtroom Deputy: | Lisa Woodcock |
| Recorded by: | FTR | U.S. Attorney: | Nicholas Linstroth, SAUSA |
| | | Defense Counsel: | |

Case Number: 2:14mj166    ( ) Retained    ( ) Court-appointed
                                            ( ) AFPD       ( ) Waived Counsel

USA v. Monica K. White

**COUNTS:** 1) Reckless Driving
               2)
               3)
               4)

( ) (X) Present ( ) In custody ( ) No appearance ( ) Excused Prior to Court
(X) Initial Appearance ( ) Docket Call (X) Plea of Guilty ( ) Bench Trial ( ) Jury Trial
(X) Defendant advised of rights.
(X) Consent to Proceed before U.S. Magistrate Judge executed and filed in open court.
(X) Acknowledgment of Rights Form executed and filed in open court.
( ) Government motion: ( ) Warrant ( ) Summons ( ) Continue ( ) DWOP ( ) DWP
( ) Other _____ ( ) Granted ( ) Denied
( ) Defendant motion: ( ) Continue ( ) Judgment of Acquittal ( ) Strike
( ) Other _____ ( ) Granted ( ) Denied
( ) Counsel desired; Court ( ) Directed ( ) Denied (X) Government not seeking jail time
( ) Defendant shall reimburse govt. for court appointed counsel at rate of $_____/mo. begin _____
( ) Defendant will to retain counsel. ( ) Retained Counsel _____
( ) Case continued to 9:00 a.m. on _____
( ) Bond set _____ with the following conditions of release:
(1) ( ) Probation Office supervision      (5) ( ) Substance abuse testing/treatment at
(2) ( ) Shall not operate m/v after consuming alcohol      defendant's expense
(3) ( ) Prohibited from operating a motor vehicle      (6) ( ) Mental Health Eval/Treatment
       unless properly licensed to do so      (7) ( ) _____
(4) ( ) No consumption ( ) No excessive use of      (8) ( ) _____
       alcohol
(X) Proffer                                           ( ) Evidence & Witnesses presented
( ) Statement by Defendant                    ( ) PSR WAIVED by all parties
(X) Found Guilty      ( ) Found Not Guilty      ( ) Continued for Pre-sentence Report
( ) Dismissed by Court                       ( ) Advised of Right to Appeal
( ) Sentencing: _____
( ) Defendant remanded to custody

| FINE: | ASSESSMENT: | PROCESSING FEE: | RESTITUTION: |
|---|---|---|---|
| 1) $ 250 | 1) $ 25 | 1) $ | 1) $ |
| 2) $ | 2) $ | 2) $ | 2) $ |
| 3) $ | 3) $ | 3) $ | 3) $ |
| 4) $ | 4) $ | 4) $ | 4) $ |

( ) Jail: _____ ( ) To be released at 5:00 p.m. today ( ) As special condition of probation
( ) Probation: _____ ( ) Supervised Release: _____
( ) Driving privileges within special maritime and territorial jurisdiction of the United States are suspended for ONE (1) YEAR.
( ) _____

Gov't 1 - DMV Record